Local AO 442 (Rev. 10/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## DISTRICT OF NORTH DAKOTA

United States of America
v.

Spirit Wyn Whiteshield

Case No. 1:20-cr-68-30

Defendant

## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*  Spirit Wyn Whiteshield,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☑ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances;
Possession with Intent to Distribute Oxycodone; and
Aiding and Abetting

Date: 08/06/2020

/s/ Roxanne Muffenbier
*Issuing officer's signature*

City and state: Bismarck, ND

Roxanne Muffenbier, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* 8-6-2020 and the person was arrested on *(date)* 9-23-2020
at *(city and state)* Bismarck, ND

Date: 9-23-2020

*Arresting officer's signature*

Ken Gonnon SDUSM
*Printed name and title*