## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | **ORDER** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Spirit Wyn Whiteshield, | ) | Case No. 1:20-cr-068 |
| | ) | |
| Defendant. | ) | |

On motion by defendant, the court issued an order on December 21, 2020, releasing defendant to DeShawn Andrew Elk for transport to the Sober Sanctuary, where she was to reside subject to a number of conditions. See Doc. Nos. 519 and 521.

On December 22, 2020, the court was advised that DeShawn Andrew Elk was unable to transport defendant as anticipated. Consequently, the court shall vacate its December 21, 2020, order at Doc. No. 521. Defendant may renew her motion if and when she is able to find an alternative means of transport.

**IT IS SO ORDERED.**

Dated this 22nd day of December, 2020.

                                                                       */s/ Clare R. Hochhalter*
                                                                        Clare R. Hochhalter, Magistrate Judge
                                                                         United States District Court